IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| KENDRA L. YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | No. C04-3086-DEO |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| JO ANNE B. BARNHART, | ) | IN A CIVIL CASE |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

This cause is reversed and remanded to the Commissioner to compute and award disability benefits with an onset date of May 13, 2002.

Dated: April 24, 2006

PRIDGEN J. WATKINS
Clerk

/s/ des

(By) Deputy Clerk